## Case No. 16,459.

UNITED STATES v. THIRTEEN PACK-
AGES OF PLATE GLASS.

UNITED STATES v. ELEVEN PACKAGES
OF PLATE GLASS.

[N. Y. Times, Oct. 30, 1854.]

District Court, S. D. New York.  Oct. 28, 1854.

CUSTOMS DUTIES—FALSE VALUATION—INFORMATION
OF FORFEITURE.

[In informations of forfeiture for false valua-
tion of imported goods, it is sufficient to make
the averments in the words of the statute.]

These cases came up on demurrers to the
informations filed by the United States dis-
trict attorney against the goods to forfeit them
for false valuation.

Mr. Joachimssen, for the United States.
Owen, Betts, & Vose, for claimants.

HELD BY THE COURT.—That counts of
an information, when founded upon a statute
like these, are sufficient when they set forth
the words of the statute.  That although some
of the counts in these indictments, if consid-
ered alone, would no doubt be held bad, yet
some of them are unquestionably sufficient,
and, if one count was held sufficient, it comes
to the same thing as if all were.

THE COURT will, for the purposes of this
case, hold them all sufficient.

Demurrers overruled.